# Court of Appeals
# of the State of Georgia

ATLANTA, July 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0206. WILLIAM PAUL BRADLEY, JR v. F. GATES PEED, JUDGE.**

This original mandamus petition and emergency motion to stay trial court proceedings was transferred to us by the Supreme Court of Georgia after the Supreme Court determined that it lacked jurisdiction. *Bradley v. Peed*, Case No. S26M1526 (June 30, 2026). The petition is yet another attempt by William Paul Bradley, Jr. to obtain emergency mandamus relief from an order entered by Senior Judge F. Gates Peed denying Bradley's motion to recuse the judge in his domestic relations case. In the petition before us, which Bradley styled "Original Petition for Writ of Mandamus and Emergency Application for Supersedeas/Stay Pending Ruling on Court of Appeals Case No. A26O0015," Bradley sought mandamus relief from our Supreme Court because this Court had not yet ruled on his mandamus petition in Case No. A26O0015. This Court, however, denied Bradley's original mandamus petition on June 16, 2026. *Bradley v. Peed*, Case No. A26O0015 (June 16 2026). Accordingly, the emergency petition before us is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/02/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*